IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

BOBBY WILLIAMS, #231 210          *

    Petitioner,                              *

    v.                                              *          2:07-CV-271-MHT

CHERYL PRICE, WARDEN, *et al*.,   *

    Respondents.                           *
_____

## ORDER ON MOTION

Upon consideration of Petitioner's Motion for Leave to Proceed *In Forma Pauperis*, and for good cause, it is

ORDERED that the motion (Doc. No. 2) be and is hereby GRANTED.

Done, this 30th day of March 2007.


                                                              /s/ Terry F. Moorer
                                            TERRY F. MOORER
                                            UNITED STATES MAGISTRATE JUDGE