Williams

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece

Cheryl Price, Warden
Bibb County Correctional Facility
565 Bibb Lane
Brent, AL 35034

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  S. Mohan                    ☐ Agent
                                ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
S. Mchan

dress different from item 1?  ☐ Yes
delivery address below:        ☐ No

3. Service Type
☑ Certified Mail        ☐ Express Mail
☐ Registered           ☑ Return Receipt for Merchandise
☐ Insured Mail         ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
2:07cv271-MHT (pet/order ans due 4/23/07)
7005 1160 0001 2962 1850

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540