williams

| **SENDER: COMPLETE THIS SECTION** | **COMPLETE THIS SECTION ON DELIVERY** |

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _Taylor_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery 4/2/07

1
Hon. Troy King
Attorney General for the
State of Alabama
11 South Union Street
Montgomery, AL 36130

Address different from item 1? ☐ Yes
delivery address below: ☐ No

Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2:07cv271-MHT (plt/order ans due 4/23/07)

2. Article Number (Transfer from service label)
7005 1160 0001 2962 1843

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540