# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| BOBBY WILLIAMS,<br>　　#231210, | ) | |
| | ) | |
| | ) | |
| 　　Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. |
| | ) | 2:07-271-MHT |
| | ) | (WO) |
| CHERYL PRICE, WARDEN, *et al.*, | ) | |
| | ) | |
| 　　Respondents. | ) | |

## REQUEST FOR ADDITIONAL TIME
## IN WHICH TO RESPOND

Come now the Respondents in the above-styled cause and request an additional twenty-one days in which to respond to this Court's Order to file an Answer. I have been involved in other work in the appellate courts, the circuit courts, and the federal district courts. Additionally, counsel for Respondents's daughter was admitted to the hospital and underwent an emergency appendectomy; therefore, I have had insufficient time in which to complete the Order.

WHEREFORE, in consideration of the foregoing reasons, Respondents request that the Court grant this request for 21 additional days in which to respond in this case, making said Answer due on or before May 15, 2007.

I am this date, mailing a copy of this request for an extension of time to Petitioner.

Respectfully submitted,

Troy King, ID #KIN047
*Attorney General*
By-

s/Nancy M. Kirby
Nancy M. Kirby ID #KIR031
*Deputy Attorney General*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>24th</u> day of April, 2007, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF; and I hereby certify that I have mailed by United States Postal Service the foregoing to the following non-CM/ECF participants at the address shown on the Department of Corrections website:  <u>Bobby Williams, AIS #231210, Bibb Correctional Facility,</u> <u>565 Bibb Lane, Brent, AL 35034</u>.

Respectfully submitted,

<u>s/Nancy M. Kirby (KIR031)</u>
Nancy M. Kirby (KIR031)
Office of the Attorney General
Alabama State House
11 South Union
Montgomery, AL  36130-0152
Telephone:  (334)  242-7300
Fax:  (334)  242-2848
E-Mail: <u>nancykirbylaw@bellsouth.net</u>

260997/10780-001