IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

BOBBY WILLIAMS, #231 210        *

    Petitioner,                  *

    v.                            *          2:07-CV-271-MHT

CHERYL PRICE, WARDEN, *et al*.,   *

    Respondents.                 *

_____

**ORDER ON MOTION**

Respondents filed a Motion for Extension of Time on April 24, 2007. Upon review of the motion, the undersigned concludes that the request for additional time to respond to the instant petition shall be granted.

Accordingly, it is ORDERED that:

1. Respondents' Motion for Extension of Time (Doc. No. 7), is GRANTED; and

2. Respondents are GRANTED an extension from April 23, 2007 to May 14, 2007 to file their answer.

Done, this 25th day of April 2007.

                                /s/ Terry F. Moorer
                              TERRY F. MOORER
                              UNITED STATES MAGISTRATE JUDGE