IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN-DIVISION

BOBBY WILLIAMS
PETITIONER

- U.S. -

CASE NUMBER
2:07-CV-271-MHT
(WO)

CHERYL PRICE, WARDEN ET. AL
RESPONDENTS

MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE/ANSWER

Comes now, the Petitioner Bobby Williams, by and through himself, and respectfully move this court pursuant to 28 U.S.C. 2254 specifically Rule 5 and request for additional time to prepare and submit Petitioner's Response/Answer to the Respondent's arguments and brief as filed in this court May 15th 2007. And as cause thereof [Williams] would show the following:

1. Petitioner Williams, states that institution of confinement only allows (1) one-day per-week for such usage of the institutional law-library due to the number of inmates being confined at Bibb Correctional Facility.

2. Petitioner Williams, asserts that further research and study is needed to properly prepare this Court's lawful order to answer on, or about the 7th day of June 2007.

## Conclusion

Wherefore premises to be considered [Williams] does ardently pray(s) that this court will grant the relief requested herein and any other relief to which petitioner may be entitled.

### Certificate of Service
### Verification

This does hereby certify's that Bobby Williams has served upon the Office of the Clerk Debra P. Hackett Middle District Court of Alabama, and upon all parties to this action a copy of the foregoing pleadings by placing same in the United States postal-mail this 29th day of May 2007.

CC: Troy King --- Attorney General
    Alabama State House
    11-South Union Street
    Montgomery, Alabama 36104

CC: Copies

Respectfully Submitted
*Bobby Williams*
Bobby Williams

Bobby Williams
565 Bibb Ln
Brent Al, 35034
#231210 El-44A

M
LEGAL
I
L

"This correspondence is forwarded from
an Al...
not b...
Depart...
for the su...
communication." ...the Alabama
...not responsible
...content of the enclosed

OFFICE OF THE CLERK
United States District Court
P.O. Box 711
Montgomery AL, 36101-0711



02 1P
0002367336    JUN 01 2007
$00.41⁰
MAILED FROM ZIP CODE 35034
UNITED STATES POSTAGE
PITNEY BOWES