IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

BOBBY WILLIAMS, #231 210            *

    Petitioner,            *

    v.            *            2:07-CV-271-MHT
                                                  (WO)

CHERYL PRICE, WARDEN, *et al*.,            *

    Respondents.            *

_____

**ORDER ON MOTION**

Petitioner seeks an extension of time to comply with the court's May 18, 2007 order granting him an opportunity to respond to Respondents' answer. Petitioner's motion has been read, considered, and shall be granted.

Accordingly, it is ORDERED that:

1. Petitioner's Motion for Extension of Time (Doc. No. 11) is GRANTED;

2. Petitioner is GRANTED an extension from June 7, 2007 to June 28, 2007 to file his response.

Done, this 6th day of June 2007.

                                          /s/ Terry F. Moorer
                                          TERRY F. MOORER
                                          UNITED STATES MAGISTRATE JUDGE