Bobby Williams # 231210
Ventress Correctional Facility
P.O. Box 767 Clayton AL, 36016

Legal Mail

THIS CORRESPONDENCE IS FORWARDED
FROM AN ALABAMA STATE PRISON
CONTENTS HAVE NOT BEEN EVALUATED
AND THE ALABAMA DEPARTMENT OF
CORRECTIONS IS NOT RESPONSIBLE FOR
THE SUBSTANCE OR CONTENT OF THE
ENCLOSED COMMUNICATION

OFFICE OF THE CLERK
United States District Court
P.O. Box 711
Montgomery AL 36101-0711