IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BOBBY WILLIAMS, #231210 )<br>)<br>    Petitioner, )<br>)<br>v. )<br>)<br>)<br>CHERYL PRICE, WARDEN, *et al*., )<br>)<br>    Respondent. ) | CIVIL ACTION NO. 2:07cv271-MHT<br>[WO] |

# **OPINION**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on April 1, 2009 (Doc. No. 15), that petitioner's motion for habeas-corpus relief be denied. After a review of the recommendation, to which petitioner did not object, and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 24th Day of April, 2009.

   /s /   Myron H. Thompson
UNITED STATES DISTRICT JUDGE