IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BOBBY WILLIAMS, #231210           ) | |
| )                               | |
| Petitioner,           ) | |
| )                               | |
| v.                    ) | CIVIL ACTION NO. 2:07cv271-MHT |
| )                               | [WO] |
| )                               | |
| CHERYL PRICE, WARDEN, *et al*.,   ) | |
| )                               | |
| Respondent.          ) | |

# **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is ORDERED and ADJUDGED that the recommendation of the United States Magistrate Judge (Doc. No. 15) is adopted and the petition for writ of habeas corpus is denied.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 24th Day of April, 2009.

          /s /    Myron H. Thompson         
UNITED STATES DISTRICT JUDGE